APPEAL No. 1744. TOWN OF SCITUATE *et al. v.* SCITUATE TEACHERS ASSOCIATION *et al.* Motion of appellants for special assignment denied and matter assigned to next regular session in October, 1972. Motion of appellees to dismiss appeal denied without prejudice to right of appellees to renew the motion at hearing on the merits. *John Gorham,* for appellants. *Natale L. Urso,* for appellees.

July 13, 1972.

M. P. No. 1652. JOSEPHINE HAMAKER *v.* RONALD R. GAGNON *et al., Members of Personnel Appeal Board.* Motion of petitioner for submission of a brief by the Attorney General is denied as moot. *Tillinghast, Collins & Graham, John J. Partridge,* for petitioner. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General, for respondents.

M. P. No. 1806. SCHOOL COMMITTEE OF CRANSTON *v.* BOARD OF REGENTS FOR EDUCATION. Motion for leave to file petition for writ of certiorari is denied. *Peter Palombo, Jr.,* City Solicitor, for petitioner. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General, for respondent.

M. P. No. 1823. RAYMOND L. S. PATRIARCA *v.* FRANCIS A. HOWARD, *Warden.* Respondent directed to file answer to petition for habeas corpus and show cause, if any he has, why writ should not issue as prayed said answer to comply with Provisional Order No. 7. Paolino, J., not participating. *Harvey Brower* and *Robert Napolitano* of Boston, Mass. and *Harris L. Berson,* for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General for respondent.